[No. 23213-8-II.    Division Two.    November 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL
FERRAR-LEIVA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 97-1-02351-5, Bryan E. Chushcoff, J., entered
March 17, 1998. *Affirmed* by unpublished opinion per Hunt,
J., concurred in by Armstrong, A.C.J., and Seinfeld, J.

[No. 23322-3-II.    Division Two.    November 19, 1999.]

MERLIN PETERSON, ET AL., *Appellants*, v. CAROL CARR, ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 98-2-00200-1, James E. Warme, J., entered
May 11, 1998. *Affirmed* by unpublished opinion per Arm-
strong, J., concurred in by Bridgewater, C.J., and Hough-
ton, J.

[No. 23371-1-II.    Division Two.    November 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY LEE
BOYLES, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 97-1-00355-2, F. Mark McCauley, J., entered
May 9, 1998. *Affirmed* by unpublished opinion per Morgan,
J., concurred in by Seinfeld and Houghton, JJ.

[No. 23473-4-II.    Division Two.    November 19, 1999.]

*In the Matter of the Marriage of* MARY LYNNE CARSON,
*Respondent*, and RAYMOND H. CARSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 95-3-00465-3, Richard A. Strophy, J.,
entered May 22, 1998. *Reversed* by unpublished opinion
per Seinfeld, J., concurred in by Armstrong, A.C.J., and
Hunt, J.